IRELL & MANELLA LLP
Ben J. Yorks (134119)
byorks@irell.com
David C. McPhie (231520)
dmcphie@irell.com
Alexis P. Federico (313392)
afederico@irell.com
Hyun Min (Kelvin) Han (334912)
khan@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

*Attorneys for Defendant and Counterclaimant*
Bitglass, Inc.

Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA  92130
Telephone:  858.720.5700
Facsimile:  858.720.5799

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

*Attorneys for Plaintiff and Counterclaim-Defendant*,
Netskope, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSKOPE, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BITGLASS, INC.,<br><br>　　　　Defendant.<br><br>BITGLASS, INC.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>NETSKOPE, INC.,<br><br>　　　　Counterclaim-Defendant. | Case No. 3:21-CV-00916-EMC<br><br>**STIPULATION FOR CONTINUANCE OF HEARING AND BRIEFING DATES REGARDING NETSKOPE'S MOTION TO STAY CASE PENDING *INTER PARTES* AND POST GRANT REVIEWS**<br><br>**IT IS SO ORDERED AS MODIFIED**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to the Honorable Edward M. Chen's Civil Standing Order (General) No. 4, Plaintiff and Counterclaim-Defendant Netskope, Inc. ("Netskope") and Defendant and Counterclaimant Bitglass, Inc. ("Bitglass"), by and through their attorneys, stipulate to a continuance of the hearing and briefing dates for Netskope's Motion to Stay Case Pending *Inter Partes* and Post Grant Reviews ("Motion to Stay"). The parties declare the following in support of the extension:

WHEREAS, Netskope filed its Motion to Stay on June 7, 2021, with a hearing date set for July 15, 2021, and an opposition brief due on June 21, 2021;

WHEREAS, counsel for Bitglass has a professional conflict for July 15, 2021, and has also previously scheduled personal travel through June 21, 2021;

WHEREAS, Bitglass's Infringement Contentions are due June 24, 2021;

WHEREAS, the parties have continued to meet and confer regarding the Motion to Stay and have agreed to continue the hearing on Netskope's Motion to Stay to July 22, 2021 at 1:30 p.m. Pacific, with Bitglass's opposition brief to be due by June 28, 2021, and Netskope's reply brief to be due by July 9, 2021;

WHEREAS, the parties have not previously requested any extension relating to the Motion to Stay, and the requested extension will not change any deadline currently set by the Court's Scheduling Order;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that (1) the hearing on Netskope's Motion to Stay shall be continued to July ~~22,~~ **29** 2021 at 1:30 p.m.; (2) Bitglass shall have until June 28, 2021 to file its opposition to the Motion to Stay; and (3) Netskope shall have until July 9, 2021 to file its reply brief in support of the Motion to Stay.

DATED: June 16, 2021

**PERKINS COIE LLP**

By: */s/ Thomas N. Millikan*
Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com

*Attorneys for Plaintiff and Counterclaim-Defendant* Netskope, Inc.

DATED: June 16, 2021

**IRELL & MANELLA LLP**

By: */s/ Ben Yorks*
Ben Yorks, Bar No. 134119
byorks@irell.com
David C. McPhie, Bar No. 231520
dmcphie@irell.com
Alexis P. Federico, Bar No. 313392
afederico@irell.com
Hyun Min (Kelvin) Han, Bar No. 334912
khan@irell.com

*Attorneys for Defendant and Counterclaimiant* Bitglass, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 17, 2021

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE